**FILED**

09/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0426

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0426

_____

FLYING T RANCH, LLC, a Montana
limited liability company,

        Plaintiff and Appellee            **ORDER**
                v.

CATLIN RANCH, LP, a Montana
limited partnership

        Defendant and Appellant

MEAGHER COUNTY BY & THROUGH
ITS COMMISSION, SCOTT JACKSON,
LYNN JACKSON, DEBRA WILLIAMS,
LISA ANDERSON, BERT WILLIAMS &
CONNIE HIX
        Defendants

_____

CATLIN RANCH, LP, a Montana limited partnership,

        Cross-Claimant and Appellant,

       v.

DEBRA WILLIAMS, LISA ANDERSON, BERT WILLIAMS
and CONNIE HIX,

        Cross-claim Defendants and Appellees.

_____

BEFORE the Court is Appellant Catlin Ranch, LP's Unopposed Motion to Stay Deadline for Filing Appellant's Opening Brief. For good cause shown thereby and there being no objection from Appellees, it is hereby ORDERED:

The deadline for Appellant Catlin Ranch, LP to file its Opening Brief is hereby stayed up to and including December 10, 2021.

SO ORDERED.

DATED this ___ day of September, 2021.

_____
Hon. Chief Justice Mike McGrath


**.cc:**
Matthew W. Williams

Brian Gallik

Hanna Warhank
Rachel Ann Taylor

Susan Brooks Swimley

Vuko Voyich

Jim Lippert

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 27 2021